# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Mark Alan Risk

Plaintiff

v.

David Crist, Warden

Defendants

Case No. Civil 00-2752 PAM/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Petition for a writ of habeas corpus is summarily dismissed, but without prejudice. That the Petitioner's motion to stay is denied, as moot.

DATE: March 26, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

6